IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| TIJWON FOSTER, #217790, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:04-cv-616-MEF |
| | ) | |
| CHERYL PRICE, *et al.*, | ) | (WO) |
| | ) | |
| Respondents. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #13) filed on May 30, 2006 are OVERRULED;

(2)  The Recommendation of the United States Magistrate Judge entered on May 11, 2006 (Doc. #12) is ADOPTED;

(3)  The petition for habeas relief pursuant to 28 U.S.C. § 2254 is DENIED and that the costs of this proceeding are taxed against the petitioner.

DONE this 31st day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE