IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| TIJWON FOSTER, #217790, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:04-cv-616-MEF |
| | ) |
| CHERYL PRICE, *et al.*, | ) (WO) |
| | ) |
| Respondents. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner, that this action is dismissed and that the costs of this proceeding are taxed against the petitioner..

DONE this 31st day of May, 2006.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE